IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANET NELSON, | |
| Plaintiff, | **8:26CV233** |
| v. | |
| FRANK BISIGNANO, | **ORDER** |
| Defendant. | |

This matter is before the Court on plaintiff Janet Nelson's ("Nelson") Application to Proceed in District Court without Prepaying Fees or Costs (Filing No. 2). Upon careful review of the request, Nelson's application (Filing No. 2) is granted. The Clerk of Court shall file the original complaint and the accompanying pleadings without the prepayment of costs or fees.

IT IS SO ORDERED.

Dated this 1st day of June 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge