IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JANET NELSON,

Plaintiff,

v.

FRANK BISIGNANO, Commissioner of Social Security,

Defendant.

**8:26CV233**

**ORDER**

This case concerns plaintiff Janet Nelson's ("Nelson") request for judicial review of defendant Frank Bisignano's, Commissioner of Social Security ("Commissioner"), denial of her claims for disability benefits under Title II of the Social Security Act, 42 U.S.C. § 401 *et seq.*

Before the Court are (1) Nelson's Motion for an Order Reversing the Commissioner's Decision (Filing No. 11) and (2) the Commissioner's Unopposed Motion to Reverse and Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) (Filing No. 15), which empowers the Court "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."

Consistent with Nelson's request, the Commissioner urges the Court to reverse his final decision and remand this case for further administrative proceedings pursuant to sentence four of § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991). He asserts that on remand an administrative law judge will offer Nelson the opportunity for a hearing and will issue a new decision. The Commissioner claims his motion is unopposed, and the Court has no basis to conclude differently. Accordingly,

IT IS ORDERED:

1. Defendant Frank Bisignano's, Commissioner of Social Security, Unopposed Motion to Reverse and Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) (Filing No. 15) is granted.
2. The Commissioner's final decision is reversed, and this case is remanded for further administrative proceedings before an administrative law judge.
3. Plaintiff Janet Nelson's pending Motion for an Order Reversing the Commissioner (Filing No. 11) is denied as moot.
4. A separate judgment will issue.

Dated this 19th day of October 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge